IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WACHOVIA BANK, NATIONAL    )
ASSOCIATION,               )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
    v.                     )        1:08cv385-MHT
                           )            (WO)
KENT-THORNTON-MEADOWS      )
FUNERAL HOME, INC., and    )
DAVID M. MEADOWS, JR.,     )
                           )
    Defendants.            )
```

OPINION

By order entered on September 25, 2008, this court required that plaintiff Wachovia Bank, National Association respond to the following show-cause directive:

> "Pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby provides notice to Plaintiff that the Court finds Plaintiff has failed to cause service to be made upon Defendant Kent-Thornton and Defendant Meadows within 120 days after the filing of the Complaint in this action on May 23, 2008. It is the present intention of

> this Court to dismiss all claims against Defendants without prejudice after October 31, 2008 unless Plaintiff shows good cause for its failure to comply with the Federal Rules of Civil Procedure 4 before that date."

Order (Doc. No. 7), at 4. Wachovia Bank has filed nothing at all within the time allowed in response to the show-cause directive. Accordingly, pursuant to the show-cause directive, this court will dismiss this case in its entirety without prejudice.

An appropriate judgment will be entered.

DONE, this the 10th day of November, 2008.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**