IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WACHOVIA BANK, NATIONAL     )
ASSOCIATION,                )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      1:08cv385-MHT
                            )           (WO)
KENT-THORNTON-MEADOWS       )
FUNERAL HOME, INC., and     )
DAVID M. MEADOWS, JR.,      )
                            )
    Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that costs are taxed against plaintiff Wachovia Bank, National Association, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 10th day of November, 2008.**

                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**